1  **ERIC GREEN**, #080115
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-0800
4  Facsimile: (559) 237-1990

5  Attorney for Defendant
   **ISAIAS DIAZ NUNEZ**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) | 1:06cr027 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |
| vs. | ) | |
| | ) | DATE:  October 30, 2006 |
| | ) | TIME:  9:00 a.m. |
| ISAIAS DIAZ NUNEZ, | ) | PLACE: Courtroom Two |
| | ) | Honorable Anthony W. Ishii |
| Defendant(s) | ) | |

    IT IS HEREBY STIPULATED by and between the parties that the current sentence hearing set for September 25, 2006, at the hour of 9:00 a.m., be continued to October 30, 2006, at the hour of 9:00 a.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

    The parties further stipulate and agree that the resulting period of delay occurring between September 25, 2006, and October 30, 2006, shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

1  DATED: _____                                     Respectfully submitted,

2

3                                                                      /s/ Eric Green
                                                                    ERIC GREEN,
4                                                                   Attorney for Defendant

5

6  DATED: _____                                      /s/ Virna Santos
                                                                    VIRNA SANTOS,
7                                                                   Assistant United States Attorney

8

9

10                                              ORDER

11         IT IS SO ORDERED that the sentence hearing in the above-entitled matter currently set

12  for September 25, 2006, at the hour of 9:00 a.m., be continued to October 30, 2006, at the hour of

13  9:00 a.m.

14

15  IT IS SO ORDERED.

16  **Dated:   September 20, 2006**                      /s/ **Anthony W. Ishii**
    0m8i78                                          UNITED STATES DISTRICT JUDGE
17