1  **ERIC GREEN**, #080115
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-0800
4  Facsimile: (559) 237-1990

5  Attorney for Defendant
   **ISAIAS DIAZ NUNEZ**
6

7

8

9             IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12

13 | THE UNITED STATES OF AMERICA,      ) 1:06cr027 AWI
                                        )
14 |              Plaintiff,             ) STIPULATION AND ORDER TO
                                        ) CONTINUE SENTENCE
15 | vs.                                 ) HEARING
                                        )
16 |                                     ) DATE:    November 20, 2006
                                        ) TIME:    9:00 a.m.
17 | ISAIAS DIAZ NUNEZ,                  ) PLACE:   Courtroom Two
                                        ) Honorable Anthony W. Ishii
18 |              Defendant(s)           )

19

20       IT IS HEREBY STIPULATED by and between the parties that the current sentence

21 hearing set for October 30, 2006, at the hour of 9:00 a.m., be continued to November 20, 2006, at

22 the hour of 9:00 a.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

The parties further stipulate and agree that the resulting period of delay occurring between October 30, 2006, and November 20, 2006, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED:   10-25-06                                                Respectfully submitted,

    /s/ Eric Green
ERIC GREEN,
Attorney for Defendant

DATED:   10-25-06                                                /s/ Virna Santos
VIRNA SANTOS,
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the sentence hearing in the above-entitled matter currently set for October 30, 2006, at the hour of 9:00 a.m., be continued to November 20, 2006, at the hour of 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 27, 2006**                            /s/ **Anthony W. Ishii**
0m8i78                                                         UNITED STATES DISTRICT JUDGE