**ERIC GREEN**, #080115
Attorney at Law
The Rowell Building
2100 Tulare Street, Suite 512
Fresno, California 93721
Telephone: (559) 237-0800
Facsimile: (559) 237-1990

Attorney for Defendant
**ISAIAS DIAZ NUNEZ**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>ISAIAS DIAZ NUNEZ, )<br>)<br>Defendant(s) ) | 1:06cr027 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING<br><br>DATE:   January 22, 2007<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom Two<br>Honorable Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties that the current sentence hearing set for January 8, 2007, at the hour of 9:00 a.m., be continued to January 22, 2007, at the hour of 9:00 a.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

////
////
////
////
////
////

The parties further stipulate and agree that the resulting period of delay occurring between January 8, 2007, and January 22, 2007, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED:   01-04-07                                            Respectfully submitted,


                                                              /s/ Eric Green
                                                             ERIC GREEN,
                                                             Attorney for Defendant


DATED:   01-04-07                                             /s/ Virna Santos
                                                             VIRNA SANTOS,
                                                             Assistant United States Attorney


## ORDER

IT IS SO ORDERED that the sentence hearing in the above-entitled matter currently set for January 8, 2007, at the hour of 9:00 a.m., be continued to January 22, 2007, at the hour of 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 5, 2007**                          **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE